IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAD MOREHEAD                                                                                         PLAINTIFF

v.                                        Case No. 6:24-cv-6101

KATE PETERSEN, *et al.*                                                                            DEFENDANTS

**ORDER**

    Before the Court is the Report and Recommendation filed September 19, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 32. Judge Bryant recommends that Plaintiff's Motion for Summary Judgment (ECF No. 10) be denied. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 32) *in toto*. Accordingly, Plaintiff's Motion for Summary Judgment (ECF No. 10) is **DENIED**.

    **IT IS SO ORDERED**, this 22nd day of October, 2024.

                                                         /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          Chief United States District Judge