IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAD MOREHEAD                                                                                               PLAINTIFF

v.                                         Case No. 6:24-cv-6101

KATE PETERSEN, *et al.*                                                                              DEFENDANTS

## ORDER

     Before the Court is the Report and Recommendation filed September 19, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33. Judge Bryant recommends that Defendant Amy Joy's Amended Motion to Dismiss (ECF No. 15) be granted and all claims against her be dismissed. Judge Bryant further recommends that Defendant Amy Joy's original Motion to Dismiss (ECF No. 13) be denied as moot. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 33) *in toto*. Accordingly, Defendant Amy Joy's Amended Motion to Dismiss (ECF No. 15) is **GRANTED**, and all claims against her are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. Further, Defendant Amy Joy's original Motion to Dismiss (ECF No. 13) is **DENIED AS MOOT**.

     **IT IS SO ORDERED**, this 22nd day of October, 2024.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              Chief United States District Judge