IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAD MOREHEAD                                                                                         PLAINTIFF

v.                                            Case No. 6:24-cv-6101

KATE PETERSEN, *et al.*                                                                            DEFENDANTS

## ORDER

    Before the Court is the Report and Recommendation filed September 19, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 34.  Judge Bryant recommends that the Motion to Dismiss (ECF No. 21) filed by Defendants Wesley Newman and Blue Ridge Financial, Inc. should be granted and all claims against these two Defendants be dismissed.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 34) *in toto*.  Accordingly, the Motion to Dismiss (ECF No. 21) filed by Defendants Wesley Newman and Blue Ridge Financial, Inc. is **GRANTED**, and all claims against these two Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted.

    **IT IS SO ORDERED**, this 22nd day of October, 2024.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge