IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHAD MOREHEAD                                                                                    PLAINTIFF

v.                                         Case No. 6:24-cv-6101

KATE PETERSEN, *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 19, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Bryant recommends that Defendant Kate Petersen's Motion to Dismiss (ECF No. 8) be granted and all claims against her be dismissed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No.31) *in toto*. Accordingly, Defendant Kate Petersen's Motion to Dismiss (ECF No. 8) is GRANTED, and all claims against Defendant Kate Petersen are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED**, this 22nd day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge